No. 11,056.

THE STATE OF LOUISIANA VS. WILLIAM WARD.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Buckner, J.*

---

*Walter H. Rogers*, Attorney General, for the State, Appellee.

---

Defendant and Appellant unrepresented in this court.

---

The opinion of the court was delivered by

FENNER, J. The record presents no bill of exceptions or assignment of errors, and a careful scanning of the proceedings discloses no error.

The defendant, unrepresented by counsel, has addressed a letter to the clerk of the court full of protestations of innocence and of complaints of the proceedings. We have read it, but it discloses no matters within the cognizance of this tribunal under the record as presented.

Judgment affirmed.